# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

FIFTH THIRD BANK,

                Plaintiff(s),

vs.

LEES SPECIALTY COMPOUNDING, LLC ET AL,

                Defendant(s).

Case Number: 15-cv-631-TCK-FHM
Proceeding: Motion Hearing
Date: 11-16-2015
Court Time: 1:30 p.m.

**MINUTE SHEET**

Terence Kern, U.S. District Judge      S. Turner, Deputy Clerk      Greg Bloxom, Reporter

Counsel for Plaintiff: Mark Craige, Kenneth Ottaviano

Counsel for Defendant:

Minutes: Case comes on for emergency hearing on the Motion for Appointment of Receiver (dkt #4). Counsel for Plaintiff is present. Steve Soule states he is present only as a courtesy and does not currently represent the Defendants. Statements heard. The Motion for Appointment of Receiver (dkt #4) is granted and the Court will enter an Order. David Rhoades is appointed as the Receiver for Defendants. Discussion held re: bond and bond is set for $1,000.00. If there are substantial asset sales, the parties will notify the Court.

Court Time

1:32 pm-1:56 pm