## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) FIFTH THIRD BANK, an Ohio banking corporation, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | Case No. 15-CV-631-TCK-FHM |
| | ) | |
| (1) LEES SPECIALTY COMPOUNDING, LLC, a Delaware limited liability company, (2) THE APOTHECARY SHOPPE, LLC, a Delaware limited liability company, (3) THE APOTHECARY SHOPPE OF B.A., LLC, a Delaware limited liability company, (4) GETMAN-APOTHECARY SHOPPE LLC, a Delaware limited liability company, and (5) LEES SPECIALTY COMPOUNDING, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) | Judge: Hon. Terence C. Kern |
| Defendants. | ) ) | |
| _____ | ) | |

## MOTION FOR HEARING AND RELATED RELIEF ON THE JOINT MOTIONS OF THE PLAINTIFF AND THE RECEIVER FOR ORDERS (1) ESTABLISHING BIDDING PROCEDURES, MANNER AND FORM OF NOTICE FOR SALE OF ASSETS HELD BY RECEIVER AND (2) AUTHORITY TO SELL ASSETS TO STALKING HORSE BIDDER SUBJECT TO HIGHER OFFERS

Fifth Third Bank, an Ohio banking corporation ("*Fifth Third*" or "*Plaintiff*"), by its undersigned attorneys, and C. David Rhoades, the duly appointed, qualified and acting receiver ("*Receiver*") of Lees Specialty Compounding, LLC, The Apothecary Shoppe, LLC, The Apothecary Shoppe of B.A., LLC, Getman-Apothecary Shoppe, LLC and Lees Specialty Compounding, Inc. (collectively, "*Lees*"), hereby jointly request that the Court enter the attached Order setting a hearing on the Joint Motions of the Plaintiff and the Receiver For Orders (1)

Establishing Bidding Procedures, Manner And Form Of Notice For Sale Of Assets Held By Receiver [Doc. 28] (the "Bid Motion") and (2) Authority To Sell Assets To Stalking Horse Bidder Subject To Higher Offers [Doc. 27] (the "Sale Motion").  In support of this Motion, Movants allege:

1.      Movants incorporates by reference the factual allegations and legal arguments set forth in the Receiver Motion [Doc. #4] and the Complaint filed herein on November 3, 2015 [Doc. #2].

2.      The arguments and authorities supporting this Motion for Hearing are fully set forth in the Motions and the Exhibits thereto along with the Receiver Motion and the Complaint.

3.      The economic and business conditions alleged in the Receiver Motion continue to exist, all of which places the Plaintiff's collateral at substantial risk of continuing loss and diminution in value.

4.      As set forth in detail in the Sale Motion, the Receiver has obtained an agreement from a third party to purchase substantially all of the business assets of the Lees by means of a stalking horse public auction sale.

5.      The Bid Motion seeks approval of the process and procedures for the proposed sale and needs to be approved approximately 30 days before the auction.

6.      The Sale Motion seeks approval of the sale to the winning bidder at the auction sale and related relief.

7.      Movants therefore request this Court set a hearing on the Bid Motion approximately 15 days hereafter, preferably on the 17th or 18th of March, 2016.

8.      Movants also request this Court shorten the time for filing a response to the Bid

Motion and set a date certain therefore that is 2 days prior to the hearing requested hereinabove.

9.      Movants therefore request this Court set a hearing on the Sale Motion

approximately 30 days after the hearing on the Bid Motion, preferably on the 19th, 20th or 22nd

of April, 2016.

10.     Movants also request this Court set the time certain for filing a response to the

Sale Motion for a date certain that is 7 days prior to the hearing requested hereinabove.

11.     No attorney has entered an appearance or filed any responsive pleadings for any

of the Lees.

**WHEREFORE**, Plaintiff prays that the Court set hearings on the Motions, shorten the

time for filing a response thereto and for all such other relief as may be necessary and just.  A

proposed order will be submitted to the Court.

Dated: March 1, 2016

                                        Respectfully submitted,


                                        __/s/Mark A. Craige_____
                                        Mark A. Craige, OBA No. 1992

                                        -Of the Firm-

                                        CROWE & DUNLEVY, P.C.
                                        500 Kennedy Building
                                        321 South Boston Avenue
                                        Tulsa, Oklahoma 74103-3313
                                        918.592-9800 Telephone Number
                                        918.592.9801 Facsimile Number
                                        mark.craige@crowedunlevy.com

                                        and

Kenneth J. Ottaviano
William J. Dorsey
Katten Muchin Rosenman, LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
312.902.5200 Telephone Number
312.902.1061 Facsimile Number
kenneth.ottaviano@kattenlaw.com
william.dorsey@kattenlaw.com

***Attorneys for Fifth Third Bank, Plaintiff***

_____
C. David Rhoades, Receiver
401 South Boston, Suite 2200
Tulsa, Oklahoma 74103
cdrhoades@turnaroundpro.com

***Receiver, C. David Rhoades, ("Receiver")***

## CERTIFICATE OF SERVICE

I hereby certify that on the same date this document was filed, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

I hereby certify that on the same date, I served the same document by causing a true and correct copy of the above and foregoing document to be mailed by first class U.S. Mail with sufficient postage prepaid and affixed thereon to:

| | |
|---|---|
| The Apothecary Shoppe, LLC<br>c/o The Corporation Trust Company<br>Corporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Getman-Apothecary Shoppe, LLC<br>c/o The Corporation Trust Company<br>Corporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| The Apothecary Shoppe of B.A. LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Lees Specialty Compounding Inc.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Lees Specialty Compounding LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Lees Specialty Compounding, LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, OK 74135 |
| The Apothecary Shoppe LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, OK 74135 | The Apothecary Shoppe of B.A., LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, OK 74135 |
| Getman-Apothecary Shoppe LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, OK 74135 | Lees Specialty Compounding Inc.<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, OK 74135 |

Mosaic Capital Investors I, L.P.
c/o PHS Corporate Services, Inc.
1313 North Market Street, Suite 5100
Wilmington, DE 19801

Amerisourcebergen Drug Corporation
1300 Morris Drive
Chesterbrook, PA 19087

Bellco Drug Corporation
1300 Morris Drive
Valley Forge, PA 19087

GreatBanc Trust Company
Attn: John Marino
801 Warrenville Road, Suite 500
Lisle, IL 60532

Pete Shuler
Crowe Horwath, LLP
10 West Broad Street, Suite 1700
Columbus, OH 43215-3454

The undersigned further states that on the 1st day of March, 2016, he caused a true and

correct copy of the above and foregoing pleading to be emailed to the following parties:

Steve W. Soule
SSoule@HallEstill.com
Attorney for Defendants

Wallace Brockhoff
wbrockhoff@LATHROPGAGE.COM
Attorney for ESOP Trustee, 99% equity
holder

Stephen Hetrick
Stephen Hetrick@mcafeetaft.com
Attorney for Lees Family

___/s/Mark A. Craige_____
Mark A. Craige