# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Fifth Third Bank,

                            Plaintiff(s),

vs.

Lees Specialty Compounding, LLC et al,

                            Defendant(s).

Case Number: 15-cv-631-TCK-FHM
Proceeding: Motion Hearing #28
Date: 3-18-2016
Court Time: 10:00 a.m.

### MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge     T. Calico, Deputy Clerk     C2, Reporter

Counsel for Plaintiff: Mark Craige

Counsel for Intervenor: Charles Greenough

Counsel for Receiver: C David Rhoades

Minutes: Motion hearing held; Motion for Order Establishing Bidding Procedures #28 is granted

Court Time 10:04 - 10:34