# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAMOMA

Plaintiff(s)

vs.          Case Number:

Defendant(s)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☐ NO

2. **Does party have any parent corporations?**

   (Check one)  ☐ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☐ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____, 20___.

_____
Signature

_____
Printed Name                              Bar Number

_____
Firm Name

_____
Address

_____
City                              State      ZIP

_____
Phone                             Fax

_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

- ☐ U.S. Postal Service      ☐ In Person Delivery
- ☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature