# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Fifth Third Bank,

                           Plaintiff(s),

vs.    Case Number: 15-cv-631-TCK-FHM
       Proceeding: Motion hearing #27
Lees Specialty Compounding, LLC et al,    Date: 4-19-2016
                           Defendant(s).    Court Time: 10:00 a.m.

## MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge     T. Calico, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Mark Craige; Paige Barr by phone

Counsel for Receiver: C David Rhoades

Counsel for Intervenor: Charles Greenough

Minutes: Motion hearing held; Court will enter a Report and Recommendation re: Motion for Authority to Sell Assets to Stalking Horse Bidder Subject to Higher Offers and Notice to File Objections by Fifth Third Bank; Motion to Intervene #35 is moot;

Court Time 10:18- 10:32