# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Fifth Third Bank,

                Plaintiff(s),

vs.

Lees Specialty Compounding, LLC et al,

                Defendant(s).

Case Number: 15-cv-631-TCK-FHM
Proceeding: Miscellaneous hearing
Date: 4-19-2016
Court Time: 8:00 a.m.

## MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge     T. Calico, Deputy Clerk     Conf Rm, Reporter

Counsel for Plaintiff: Mark Craige

Counsel for Defendant:

Minutes:   Miscellaneous hearing held

Court Time 4:00 - 4:05