## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FIFTH THIRD BANK, an Ohio banking corporation,<br><br>Plaintiff,<br><br>  v.<br><br>(1) LEES SPECIALTY COMPOUNDING, LLC, a Delaware limited liability company, (2) THE APOTHECARY SHOPPE, LLC, a Delaware limited liability company, (3) THE APOTHECARY SHOPPE OF B.A., LLC, a Delaware limited liability company, (4) GETMAN-APOTHECARY SHOPPE LLC, a Delaware limited liability company, and (5) LEES SPECIALTY COMPOUNDING, INC., a Delaware corporation,<br><br>Defendants.<br>_____ | Case No. 15-cv-631-TCK-FHM<br><br>Judge: Hon. Terrence Kern |

## **CERTIFICATE OF MAILING**

I hereby certify that on the same date the below referenced document was filed, it was electronically transmitted using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

    Charles Greenough, Attorney for Lees Parties
    charles.greenough@mcafeetaft.com, karen.dutton@mcafeetaft.com

The undersigned further states that on the 22nd day of April, 2016, he caused a true and correct copy of the following pleading to be mailed by first class U. S. Mail proper postage prepaid and affixed thereon to the following parties:

1.    Order Granting Receiver's Motion for Authority to Sell Assets at Public Auction Sale filed April 22, 2016 [Document No. 69].

| | |
|---|---|
| The Apothecary Shoppe, LLC<br>c/o The Corporation Trust Company<br>Corporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Getman-Apothecary Shoppe, LLC<br>c/o The Corporation Trust Company<br>Corporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| The Apothecary Shoppe of B.A. LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Lees Specialty Compounding Inc.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Lees Specialty Compounding LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Lees Specialty Compounding, LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, Oklahoma 74135 |
| The Apothecary Shoppe LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, Oklahoma 74135 | The Apothecary Shoppe of B.A., LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, Oklahoma 74135 |
| Getman-Apothecary Shoppe LLC<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, Oklahoma 74135 | Lees Specialty Compounding Inc.<br>Attn: D. J. Lees<br>6136 East 51st Street<br>Tulsa, Oklahoma 74135 |
| Mosaic Capital Investors I, L.P.<br>c/o PHS Corporate Services, Inc.<br>1313 North Market Street, Suite 5100<br>Wilmington, DE 19801 | Amerisourcebergen Drug Corporation<br>1300 Morris Drive<br>Chesterbrook, PA 19087 |
| Bellco Drug Corporation<br>1300 Morris Drive<br>Valley Forge, PA 19087 | GreatBanc Trust Company<br>Attn: John Marino<br>801 Warrenville Road, Suite 500<br>Lisle, IL 60532 |
| Pete Shuler<br>Crowe Horwath, LLP<br>10 West Broad Street, Suite 1700<br>Columbus, OH 43215-3454 | C. David Rhoades<br>401 South Boston Avenue, Suite 2200<br>Tulsa, Oklahoma 74103 |

The undersigned further states that on or before the 22nd day of April, 2016, he caused a true and correct copy of the above referenced pleading to be emailed to the following parties:

Steven W. Soule
SSoule@HallEstill.Com
Attorney for Defendants

Wallace Brockhoff
wbrockhoff@LATHROPGAGE.COM
Attorney for ESOP Trustee, 99% equity holder

Stephen Hetrick
Stephen.Hetrick@mcafeetaft.com
Attorney for Lees Family

Respectfully submitted,

__/s/Mark A. Craige_____
Mark A. Craige, OBA No. 1992
Crowe & Dunlevy, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
email: mark.craige@crowedunlevy.com

and

Kenneth J. Ottaviano
William J. Dorsey
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
312.902.5200 Telephone Number
312.902.1061 Facsimile Number
email: kenneth.ottaviano@kattenlaw.com
william.dorsey@kattenlaw.com

*Attorney for Plaintiff, Fifth Third Bank*